IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES CHARLES BARNES,                :
        Petitioner,                                  :
                                                          :         1:13-cv-1411
v.                                                        :
                                                          :         Hon. John E. Jones III
MICHAEL W. HARLOW, *et al*.        :
        Respondents                              :

## ORDER

April 27, 2015

Upon consideration of the petition for writ of habeas corpus (Doc. 4), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 4) is **DISMISSED** as time-barred. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge